UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES-GENERAL

Case No.  CV 18-5086-GW (PLA)					Date  August 16, 2018

Title:  James Anthony Rainone v. Dr. D. Paz, et al.

---

PRESENT: THE HONORABLE    PAUL L. ABRAMS

☐ U.S. DISTRICT JUDGE
☒ MAGISTRATE JUDGE

| Christianna Howard | N/A | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

ATTORNEYS PRESENT FOR PLAINTIFFS:	ATTORNEYS PRESENT FOR DEFENDANTS:
NONE	NONE

**PROCEEDINGS:**	**(IN CHAMBERS)**

Pursuant to this Court's Order of June 12, 2018, plaintiff was ordered to pay an initial partial filing fee of $5.00 within thirty (30) days of the date of the order (i.e., by July 12, 2018). The $5.00 partial filing fee has not been received by the Court. Accordingly, **no later than September 17, 2018, plaintiff is ordered to show cause** why this case should not be dismissed for failure to pay the required fee. Receipt of the partial $5.00 filing fee by the Court on or before **September 17, 2018**, shall be deemed compliance with this Order to Show Cause.

cc:	James Anthony Rainone, pro se

Initials of Deputy Clerk____ch____

CV-90 (10/98)	CIVIL  MINUTES  -  GENERAL