# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES-GENERAL

Case No.: **CV 18-5086-GW (PLA)**                                    Date: **July 22, 2021**

Title:   **James Anthony Rainone v. D. Paz, et al.**

---

PRESENT:  THE HONORABLE   **PAUL L. ABRAMS**
### UNITED STATES MAGISTRATE JUDGE

| **Christianna Howard** | **N/A** | **N/A** |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

ATTORNEYS PRESENT FOR PLAINTIFF:                    ATTORNEYS PRESENT FOR DEFENDANT(S):
          NONE                                                            NONE

**PROCEEDINGS:**          **(IN CHAMBERS)**

Pursuant to this Court's Order of June 8, 2021, each party was ordered to file a Status Report no later than June 30, 2021.  To date, the Court has not received a Status Report from plaintiff.  Accordingly, **no later than August 12, 2021, plaintiff is ordered to show cause** why this case should not be dismissed for failure to prosecute and to comply with a Court Order.  Filing of the Status Report on or before **August 12, 2021**, shall be deemed compliance with this Order to Show Cause.

It has come to the Court's attention that plaintiff's location may have changed from the address listed on the Court's docket.  The court clerk is directed to update the docket to reflect plaintiff's address is now Salinas Valley State Prison.  The court clerk is also directed to send plaintiff copies of the Court's orders of June 8, June 17, and June 21, in the event those were not received by plaintiff.  Plaintiff is reminded that the Court must be notified of any and all changes in plaintiff's housing location.

cc:    James Anthony Rainone, pro se
        Jeremy C. Doernberger, CAAG

Initials of Deputy Clerk _____ch_____

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | CV 18-5086 GW (PLA) | | Date | June 21, 2021 |
|----------|---------------------|---|------|---------------|
| Title | Rainone v. Paz | | | |

| Present: | Hon. Michael R. Wilner, U.S. Magistrate Judge | |
|----------|-----------------------------------------------|---|
| Veronica Piper | | n/a |
| Deputy Clerk | | Court Reporter / Recorder |
| Attorneys for Plaintiff: | | Attorneys for Defendant: |
| n/a | | n/a |

**Proceedings:**     ORDER RE: SETTLEMENT CONFERENCE

1.      At the request of Chief Judge Abrams and of the parties, Magistrate Judge Wilner will conduct a settlement conference in this prisoner civil rights action. Mr. Rainone will appear at the meeting by video from his current facility. The conference will be scheduled under a separate order in the near future.

2.      Judge Wilner has access to all of the court filings in the current case. Based on his experience in settling other prison-based cases, what he finds helpful to review in advance of a settlement conference is information not in court records. For example:

   a.  What are the key pieces of evidence or testimony that the parties intend to present at trial?

   b.  What specifically are the injuries that Mr. Rainone can prove that he suffered as a result of the incident here?

   c.  What ideas / suggestions / recommendations do the parties have to advance a settlement?

   d.  What do you want to achieve or obtain from a settlement?

   e.  Perhaps most importantly: What do you want Judge Wilner to know confidentially before we sit down about how to settle this case?

3.      Both Mr. Rainone and the defense are instructed to prepare an informal, confidential letter (not to exceed three pages) addressing these issues for Judge Wilner in advance of our meeting. The letters should not be filed with the Court or served on the other side. Instead, each side is given permission to send a letter directly to chambers as follows:

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 18-5086 GW (PLA) | Date | June 17, 2021 |
|----------|---------------------|------|---------------|
| Title | Rainone v. Paz | | |

Defense: e-mail the letter to MRW_Chambers@cacd.uscourts.gov.
No hard/courtesy copy needed.

Plaintiff: mail your letter to the following address:

> Chambers of Hon. Michael R. Wilner
> 255 E. Temple St., 12th Floor
> Los Angeles, CA  90012
> **NOTE: Confidential Settlement Letter**

4.  Both letters must be received by July 16.  Plaintiff is encouraged to put his letter in the prison mail <u>promptly</u>.

5.  The parties are informed that Judge Wilner will not discuss the substance of our settlement proceedings with the other judges assigned to the action.

cc:  Rosa Morales

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES-GENERAL

Case No.: **CV 18-5086-GW (PLA)**                              Date: **June 17, 2021**

Title:   **James Anthony Rainone v. D. Paz, et al.**

PRESENT:  THE HONORABLE **PAUL L. ABRAMS**
**UNITED STATES MAGISTRATE JUDGE**

| **Christianna Howard** | **N/A** | **N/A** |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

ATTORNEYS PRESENT FOR PLAINTIFF:                    ATTORNEYS PRESENT FOR DEFENDANT(S):
                NONE                                                         NONE

**PROCEEDINGS:**        **(IN CHAMBERS)**

This action has been assigned to the calendar of Magistrate Judge Michael Wilner to conduct a settlement conference. Based on comments made by defendants in their Status Report, the conference shall take place after the deposition of plaintiff, which in turn shall be conducted **no later than August 15, 2021**.

cc:    Hon. Michael R. Wilner, United States Magistrate Judge
       James Anthony Rainone, pro se
       Jeremy C. Doernberger, CAAG

Initials of Deputy Clerk _____ch_____

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES-GENERAL**

Case No.: <u>CV 18-5086-GW (PLA)</u>                              Date: <u>June 8, 2021</u>

Title:   <u>James Anthony Rainone v. D. Paz, et al.</u>

--------------------------------------------------------------------------------------------------------

PRESENT:  THE HONORABLE ___<u>PAUL L. ABRAMS</u>___
**UNITED STATES MAGISTRATE JUDGE**

| <u>Christianna Howard</u> | <u>N/A</u> | <u>N/A</u> |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

ATTORNEYS PRESENT FOR PLAINTIFF:                    ATTORNEYS PRESENT FOR DEFENDANT(S):
                NONE                                                                        NONE

**PROCEEDINGS:**        **(IN CHAMBERS)**

The Court has reviewed plaintiff's June 1, 2021, letter, in which he asks that the Court disregard any action that does not come directly from him; seeks a status report on the case; and requests that the case be placed in the pro se prisoner settlement program.  Plaintiff is advised that his Status Report (as required by the Court's February 4, 2021, Order re Discovery and Motions) is due **no later than June 30, 2021**.  The court clerk is directed to send plaintiff a copy of the February 4 Order along with this Order, as well as a copy of the ECF case docket.  The Court will act only on matters that appear to come directly from plaintiff.  Finally, the Court will refer this matter to the pro se prisoner settlement program. However, the case is **not** stayed while the parties await a date for a settlement conference, and all previously-set dates and deadlines remain in force.

cc:    James Anthony Rainone, pro se
        Jeremy C. Doernberger, CAAG

Initials of Deputy Clerk _____<u>ch</u>_____

1
2
3
4
5
6
7
8              **UNITED STATES DISTRICT COURT**

9              **CENTRAL DISTRICT OF CALIFORNIA**

10                    **WESTERN DIVISION**

11

12  JAMES ANTHONY RAINONE,               )     No. CV 18-5086-GW (PLA)
                                          )
13                      Plaintiff,        )
                                          )     **ORDER RE DISCOVERY AND MOTIONS**
14          v.                            )     **[CIVIL RIGHTS]**
                                          )
15  D. PAZ, et al.,                       )
                                          )
16                      Defendants.       )
                                          )
17  _____)

18

19          If plaintiff(s) and defendant(s) are willing to consent to magistrate judge jurisdiction, he/she

20  shall file a completed Statement of Consent to Proceed Before Assigned United States Magistrate

21  Judge Form CV 11 with the Clerk and serve opposing counsel with same within 28 days of this

22  date.  The Clerk shall serve plaintiff(s) and defendant(s) with a copy of the Form CV 11 along with

23  this Order.  **THE PARTIES ARE FREE TO WITHHOLD CONSENT WITHOUT ADVERSE**

24  **SUBSTANTIVE CONSEQUENCES.**

25  /

26  /

27  /

28  /

## DISCOVERY

1. General Cut-Off Date

All discovery shall be completed on or before **September 6, 2021**. No discovery may be taken after that date without the prior approval of the Court. Such approval will be granted only in exceptional circumstances and upon a showing of good cause. Discovery taken by deposition is complete when questioning ceases. Discovery taken by written request (interrogatories, requests for production of documents and things, and requests for admissions) is complete on the date when the written response to the request is due.

2. Availability of Discovery

Parties may obtain discovery regarding any matter, not privileged, which is relevant to any party's claim or defense in the pending action. See Fed.R.Civ.P. 26(b)(1). Pro se litigants are entitled to discovery in civil rights actions to the same extent as are litigants represented by counsel. Of course, the Court may order a complete or partial stay of discovery in appropriate circumstances, including where a defense of qualified immunity is raised.

3. Depositions

The parties shall schedule depositions to commence at least fourteen (14) calendar days after service of the deposition notice and at least five (5) court days before the discovery cut-off date.

4. Interrogatories

Any interrogatories shall be served at least forty-five (45) calendar days prior to the discovery cut-off date.

5. Production of Documents and Things

Any request for production of documents or things shall be served at least forty-five (45) calendar days prior to the discovery cut-off date.

6. Requests for Admissions

Any requests for admissions shall be served at least forty-five (45) calendar days prior to the discovery cut-off date.

## STATUS REPORT

Each party shall file and serve a status report on or before **May 4, 2021**.  The status report shall contain the following information:

A.    A summary of the proceedings to date and a statement of the principal issues raised by the case;

B.    A statement as to whether all parties have been served, and if not, a proposed deadline by which service will be completed;

C.    A description of any discovery completed, and a schedule for any future discovery;

D.    A list of contemplated motions, if any, along with proposed dates for the filing and hearing of such motions;

E.    An estimate of the time likely to be required for trial, and a statement as to whether trial by jury is desired and has been properly requested;

F.    A description of any settlement negotiations that have occurred, and a recommendation as to the form of settlement conference or other method of alternative dispute resolution that would be most appropriate given the nature of this case;

G.    Any suggestions the parties may wish to make regarding the management of this action.  Where feasible, the parties are strongly encouraged to file a joint status report.

## MOTIONS

1.    Last Day for Adding Parties or Amending Pleadings

The last date for adding parties or amending pleadings is **no later than April 5, 2021**.  All motions to add other parties or amend the pleadings shall be noticed for hearing on or before that date.  All unserved parties will be dismissed at the time of the Final Pretrial Conference pursuant to Local Rule 16-8.1.

2.    Discovery Motions

Any motion challenging the adequacy of a discovery response, or seeking an order compelling further discovery, shall be filed and served not later than ten (10) calendar days after

the discovery cut-off date.  The Court expects the parties to resolve discovery problems among themselves whenever possible.

3.    Substantive Motions

Any motions directed to the Court's jurisdiction or to the merits of any claim or defense (such as a motion to dismiss or a motion for summary judgment) shall be filed and served not later than **October 4, 2021**.  If no party to the action is in custody, the hearing date and briefing schedule shall be set according to Local Rules 6 and 7, unless otherwise indicated by the Court. If any party to the action is in custody, then no hearing date will be set.  Any opposition to the motion shall be filed and served within thirty (30) calendar days after service of the motion, and any reply shall be filed and served within fifteen (15) calendar days after service of the opposition. The motion shall be deemed submitted for decision on the basis of the papers timely filed and without oral argument unless otherwise ordered by the Court.

## **COMPLIANCE WITH RULES**

All parties must comply with the Federal Rules of Civil Procedure and the Local Rules of this Court, unless compliance is expressly waived by Court order.

Compliance with the following Local Rules of this Court is waived if, and only if, plaintiff is in custody and not represented by counsel: 7-3; 7-14; 7-15 (all motions shall be deemed submitted the day after the reply papers are due); 26-1; 37-1; 37-2; 37-3; 65-1 (but only to the extent that it requires motions for temporary restraining orders or preliminary injunctions to be set for hearing on the calendar); 16-2 (but only to the extent that it requires the parties to meet in person); and 16-7 (but only to the extent that it requires plaintiff to prepare and lodge the Pre-Trial Conference Order; defendant(s) shall prepare and lodge the Order).

IT IS SO ORDERED.

DATED: February 4, 2021

_____
PAUL L. ABRAMS
UNITED STATES MAGISTRATE JUDGE

NAME, ADDRESS & TELEPHONE NUMBER OF ATTORNEY(S) FOR, OR, PLAINTIFF  OR
DEFENDANT IF PLAINTIFF OR DEFENDANT IS PRO PER

ATTORNEYS FOR:

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

|  | CASE NUMBER: |
|---|---|
| Plaintiff(s)<br><br>v.<br><br>Defendant(s) | **STATEMENT OF CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE PURSUANT TO TITLE 28 U.S.C. § 636(c)**<br>(For use in Report and Recommendation Cases Only) |

*__THIS FORM SHALL BE USED ONLY IN CASES THAT HAVE BEEN ASSIGNED TO A DISTRICT JUDGE
AND REFERRED TO A MAGISTRATE JUDGE FOR A REPORT AND RECOMMENDATION.
(NOTE: PARTIES IN HABEAS CASES SHOULD USE FORM CV-11B)__*

## I.      NOTICE REGARDING CONSENT TO A MAGISTRATE JUDGE PURSUANT TO LOCAL RULE 73-3

1.      In accordance with the provisions of 28 U.S.C. § 636(c), all parties may consent to a Magistrate Judge to conduct all further proceedings, including jury or non-jury trial (if applicable), and entry of final Judgment, by executing and filing a joint (or separate) statement(s) of consent, setting forth such election.

2.      Approval by the assigned District Judge is not required for cases referred to a Magistrate Judge for a Report and Recommendation.

3.      Parties are free to withhold consent to Magistrate Judge jurisdiction without adverse substantive consequences.

4.      If all parties consent to the jurisdiction of a Magistrate Judge, any appeal would be made directly to the United States Court of Appeals.

## II.      CONSENT TO A MAGISTRATE JUDGE

I voluntarily consent to have a United States Magistrate Judge conduct all further proceedings in this case, including a trial (if applicable), and order the entry of final Judgment.

| Name of Counsel OR Party if Pro Se | Signature and date | Counsel for (Name Parties) |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

**STATEMENT OF CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE PURSUANT TO TITLE 28 U.S.C. § 636(c)**
(For Use in Report and Recommendation Cases Only)

CV-11 (05/16)

**Query    Reports    Utilities    Help    Log Out**

194

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA (Western Division - Los Angeles)
### CIVIL DOCKET FOR CASE #: 2:18-cv-05086-GW-PLA

James Anthony Rainone v. D. Paz et al           Date Filed: 06/08/2018
Assigned to: Judge George H. Wu                 Jury Demand: Plaintiff
Referred to: Magistrate Judge Paul L. Abrams    Nature of Suit: 550 Prisoner: Civil Rights
Cause: 42:1983 Prisoner Civil Rights           Jurisdiction: Federal Question

**Plaintiff**

**James Anthony Rainone**                represented by   **James Anthony Rainone**
                                                          CDC F-06331
                                                          Corcoran State Prison
                                                          3A - 03 - 231
                                                          PO Box 8800
                                                          Corcoran, CA 93212
                                                          PRO SE

V.

**Defendant**

**Dr. D. Paz**                           represented by   **Jeremy C Doernberger**
*Psychologist - CDCR Medical Staff,*                      CAAG - Office of Attorney General
*individual*                                              California Department of Justice
                                                          300 South Spring Street Suite 1702
                                                          Los Angeles, CA 90013
                                                          213-269-6442
                                                          Fax: 213-897-7604
                                                          Email: jeremy.doernberger@doj.ca.gov
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Deborah Brooke Wadleigh**
                                                          CAAG - Office of Attorney General
                                                          California Department of Justice
                                                          300 South Spring Street Suite 1702
                                                          Los Angeles, CA 90013
                                                          213-269-6044
                                                          Fax: 916-731-2147
                                                          Email: deborah.wadleigh@doj.ca.gov
                                                          *TERMINATED: 03/04/2019*

**Defendant**

**Dr. D. Paz**
*Psychologist - CDCR Medical Staff,*
*official capacity*
*TERMINATED: 12/31/2019*

represented by   **Jeremy C Doernberger**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**W. E. Jackson**
*2nd watch escorting Correctional Officer,*
*individual*

represented by   **Jeremy C Doernberger**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Deborah Brooke Wadleigh**
(See above for address)
*TERMINATED: 03/04/2019*

**Defendant**

**W. E. Jackson**
*2nd watch escorting Correctional Officer,*
*official capacity*
*TERMINATED: 12/31/2019*

**Defendant**

**Sgt. D. Perez**
*Correctional Sergeant, individual*
*TERMINATED: 12/31/2019*

represented by   **Jeremy C Doernberger**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Deborah Brooke Wadleigh**
(See above for address)
*TERMINATED: 03/04/2019*

**Defendant**

**Sgt. D. Perez**
*Correctional Sergeant, official capacity*
*TERMINATED: 12/31/2019*

**Defendant**

**K. Graves**
*Correctional Lieutenant, individual*
*TERMINATED: 12/31/2019*

represented by   **Jeremy C Doernberger**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Deborah Brooke Wadleigh**
(See above for address)
*TERMINATED: 03/04/2019*

**Defendant**

**K. Graves**
*Correctional Lieutenant, official capacity*
*TERMINATED: 12/31/2019*

represented by   **Jeremy C Doernberger**
(See above for address)
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Defendant**

**Burns**
*Correctional Counselor Level I, individual*
*TERMINATED: 12/31/2019*

represented by **Jeremy C Doernberger**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Deborah Brooke Wadleigh**
(See above for address)
*TERMINATED: 03/04/2019*

**Defendant**

**Burns**
*Correctional Counselor Lever I, official*
*capacity*
*TERMINATED: 12/31/2019*

represented by **Jeremy C Doernberger**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 06/08/2018 | 1 | CIVIL RIGHTS COMPLAINT filed against Defendants Burns(Correctional Counselor Lever I, official capacity), Burns(Correctional Counselor Level I, individual), K. Graves(Correctional Lieutenant, official capacity), K. Graves(Correctional Lieutenant, individual ), W. E. Jackson(2nd watch escorting Correctional Officer, individual ), W. E. Jackson(2nd watch escorting Correctional Officer, official capacity), D. Paz(Psychologist - CDCR Medical Staff, official capacity), D. Paz(Psychologist - CDCR Medical Staff, individual ), D. Perez(Correctional Sergeant, individual ), D. Perez(Correctional Sergeant, official capacity) pursuant to 42:1983. Case assigned to Judge George H. Wu and referred to Magistrate Judge Paul L. Abrams. Filed by Plaintiff James Anthony Rainone. (lh) (Entered: 06/11/2018) |
| 06/08/2018 | 2 | MEMORANDUM in Support of 1983 Complaint filed by Plaintiff James Anthony Rainone. Re: Complaint (Prisoner Civil Rights),,, 1 (lh) (Entered: 06/11/2018) |
| 06/08/2018 | 3 | REQUEST to Proceed Without Prepayment of Filing Fees with Declaration in Support filed by Plaintiff James Anthony Rainone. (lh) (Entered: 06/11/2018) |
| 06/08/2018 | 4 | NOTICE OF ASSIGNMENT to District Judge George H. Wu and referred to Magistrate Judge Paul L. Abrams. (lh) (Entered: 06/11/2018) |
| 06/12/2018 | 5 | ORDER by Magistrate Judge Paul L. Abrams: granting 3 REQUEST for Leave to Proceed without Prepayment of Filing Fee.. It is further ORDERED that the prisoner-plaintiff owes the Court the initial filing fee of $350.00. An initial partial filing fee of $5.00 must be paid within 30 days of the date of this order. Thereafter, monthly payments shall be forwarded to the Court in accordance with this order. (sbou) (Entered: 06/13/2018) |
| 06/13/2018 | 6 | ORDER RE: CIVIL RIGHTS CASE upon filing of the complaint by Magistrate Judge Paul L. Abrams. (See document for further details.) (sbou) (Entered: 06/13/2018) |
| 06/26/2018 | 7 | ORDER DISMISSING COMPLAINT WITH LEAVE TO AMEND by Magistrate Judge Paul L. Abrams. If plaintiff desires to pursue this action, he must file an |

|  |  | Amended Complaint no later than July 24, 2018. In addition, if plaintiff no longer wishes to pursue this action, he may request a voluntary dismissal of the action pursuant to <u>Federal Rule of Civil Procedure 41(a)</u>. (See document for further details.) (Attachments: # <u>1</u> Attachment 1, # <u>2</u> Attachment 2) (sbou) (Entered: 06/26/2018) |
|---|---|---|
| 07/09/2018 | <u>8</u> | APPLICATION for Extension of Time to File First Amended Complaint filed by plaintiff James Anthony Rainone. (ch) (Entered: 07/11/2018) |
| 07/11/2018 | <u>9</u> | MINUTES (IN CHAMBERS) by Magistrate Judge Paul L. Abrams. The Court is in receipt of plaintiff's "Application for Extension of Time <u>8</u> ," filed on July 9, 2018. Plaintiff's Application is GRANTED, and the Amended Complaint is now due NO LATER THAN AUGUST 20, 2018. (ch) (Entered: 07/11/2018) |
| 08/16/2018 | <u>10</u> | MINUTE ORDER(IN CHAMBERS) by Magistrate Judge Paul L. Abrams. Pursuant to this Court's Order of June 12, 2018, plaintiff was ordered to pay an initial partial filing fee of $5.00 within thirty (30) days of the date of the order (i.e., by July 12, 2018). The $5.00 partial filing fee has not been received by the Court. Accordingly, no later than September 17, 2018, plaintiff is ordered to show cause why this case should not be dismissed for failure to pay the required fee. Receipt of the partial $5.00 filing fee by the Court on or before September 17, 2018, shall be deemed compliance with this Order to Show Cause. (sbou) (Entered: 08/16/2018) |
| 08/20/2018 | <u>11</u> | FIRST AMENDED COMPLAINT against All Defendants amending Complaint (Prisoner Civil Rights), <u>1</u> , filed by Plaintiff James Anthony Rainone. (sbou) (Entered: 08/21/2018) |
| 09/12/2018 | <u>12</u> | ORDER RE: PLAINTIFF'S MAILING ADDRESS AND SERVICE OF FIRST AMENDED COMPLAINT by Magistrate Judge Paul L. Abrams. No later than September 26, 2018, plaintiff shall serve and file with the Court a Notice of Current Address which shall set forth plaintiff's current mailing address (where plaintiff may be served with documents by the Court and the parties so as to be able to respond in a timely manner). (See document for further details.) (sbou) (Entered: 09/12/2018) |
| 09/12/2018 | <u>13</u> | ORDER DIRECTING SERVICE OF PROCESS BY THE UNITED STATES MARSHAL by Magistrate Judge Paul L. Abrams. (See document for details.) (sbou) (Entered: 09/12/2018) |
| 09/12/2018 | <u>14</u> | 21 DAY Summons Issued re Amended Complaint <u>11</u> as to Defendants All Defendants. (sbou) (Entered: 09/14/2018) |
| 09/28/2018 | <u>15</u> | RESPONSE filed by Plaintiff James Anthony Rainone. (sbou) (Entered: 10/02/2018) |
| 10/01/2018 | <u>16</u> | MINUTE ORDER (IN CHAMBERS) by Magistrate Judge Paul L. Abrams. The August 16, 2018, order to show cause is hereby discharged. The Court construes plaintiff's submission as a Request for an extension of time to submit the $5.00 partial filing fee. Plaintiff's Request is granted and his $5.00 partial filing fee is now due no later than November 16, 2018. (See document for details.) re: Response <u>15</u> . (sbou) (Entered: 10/02/2018) |
| 10/22/2018 | <u>17</u> | MOTION to Untimely Response to Court's Order (re: Plaintiff's mailing Address Dated 9/12/20118) document no. 12 filed by Plaintiff James Anthony Rainone. (et) (Entered: 10/24/2018) |

| | | |
|---|---|---|
| 10/24/2018 | 18 | MINUTES (IN CHAMBERS) by Magistrate Judge Paul L. Abrams: Plaintiff's Motion to Leave Untimely Response 17 is Granted, and his response to the CourtsOrder re: Plaintiff's Mailing Address (ECF No. 12). (et) (Entered: 10/24/2018) |
| 10/31/2018 | 19 | MOTION FOR CLARIFICATION AND REQUEST FOR ACTIVITY LOG (DOC LIST) filed by plaintiff James Anthony Rainone. (ch) (Entered: 11/02/2018) |
| 11/02/2018 | 20 | MINUTES (IN CHAMBERS) by Magistrate Judge Paul L. Abrams. Plaintiff's Motion for Clarification and Request for Activity Log is GRANTED, to the extent that the court clerk is directed to send plaintiff a copy of the Court's docket along with this Order. The Court further notifies plaintiff that the Court ordered that the U.S. Marshal serve the First Amended Complaint on five defendants (seeECF No. 13), and a summons was issued (ECF No. 14) for that purpose. Plaintiff is not responsible for service on these defendants. 19 (Attachments: # 1 docket) (ch) (Entered: 11/02/2018) |
| 11/19/2018 | 21 | REQUEST FOR COURT TO WAIVE $5.00 FEE filed by plaintiff James Anthony Rainone. (ch) (Entered: 11/21/2018) |
| 11/20/2018 | 22 | MINUTES (IN CHAMBERS) by Magistrate Judge Paul L. Abrams. On November 19, 2018, plaintiff submitted a Request in which he indicates he has no money to pay even the partial filing fee and requests that the Court waive the $5.00 fee. (Request at 1, 2). Plaintiff's Request is DENIED. The fee may not be waived. However, the Court will extend the time for plaintiff to submit his initial partial filing fee to March 20, 2019. SEE ORDER FOR DETAILS. 21 (ch) (Entered: 11/21/2018) |
| 01/11/2019 | 23 | WAIVER OF SERVICE Returned Executed filed by Plaintiff James Anthony Rainone. upon W. E. Jackson waiver sent by Plaintiff on 11/30/2018, answer due 1/29/2019. Waiver of Service signed by Danielle R. Hemple, Deputy Attorney General. (et) (Entered: 01/11/2019) |
| 01/11/2019 | 24 | PROCESS RECEIPT AND RETURN (USM-285) of summons and Amended Complaint 11 Remarks: 11/1/2018 mailed waiver. (et) (Entered: 01/11/2019) |
| 01/11/2019 | 25 | WAIVER OF SERVICE Returned Executed filed by Plaintiff James Anthony Rainone. upon Burns waiver sent by Plaintiff on 11/30/2018, answer due 1/29/2019. Waiver of Service signed by Danielle R. Hemple, Deputy Attorney General. (et) (Entered: 01/11/2019) |
| 01/11/2019 | 26 | PROCESS RECEIPT AND RETURN (USM-285) of summons and Complaint (Prisoner Civil Rights) 1 Remarks: 11/1/2018 mailed waiver. (et) (Entered: 01/11/2019) |
| 01/11/2019 | 27 | WAIVER OF SERVICE Returned Executed filed by Plaintiff James Anthony Rainone. upon K. Graves waiver sent by Plaintiff on 11/30/2018, answer due 1/29/2019. Waiver of Service signed by Danielle R. Hemple, Deputy Attorney General. (et) (Entered: 01/11/2019) |
| 01/11/2019 | 28 | PROCESS RECEIPT AND RETURN (USM-285) of summons and Complaint (Prisoner Civil Rights) 1 Remarks: 11/1/2018 mailed waiver. (et) (Entered: 01/11/2019) |
| 01/11/2019 | 29 | WAIVER OF SERVICE Returned Executed filed by Plaintiff James Anthony Rainone. upon D. Perez waiver sent by Plaintiff on 11/30/2018, answer due 1/29/2019. Waiver of Service signed by Danielle R. Hemple, Deputy Attorney General. (et) (Entered: 01/11/2019) |

| 01/11/2019 | 30 | PROCESS RECEIPT AND RETURN (USM-285) of summons and 1st Amended Complaint 11 Remarks: 11/1/2018 mailed waiver. (et) (Entered: 01/11/2019) |
|---|---|---|
| 01/11/2019 | 31 | WAIVER OF SERVICE Returned Executed filed by Plaintiff James Anthony Rainone. upon D. Paz waiver sent by Plaintiff on 11/30/2018, answer due 1/29/2019. Waiver of Service signed by Danielle R. Hemple, Deputy Attorney General. (et) (Entered: 01/11/2019) |
| 01/11/2019 | 32 | PROCESS RECEIPT AND RETURN (USM-285) of summons and 1st Amended Complaint 11 Remarks: 11/1/2018 mailed waiver. (et) (Entered: 01/11/2019) |
| 01/16/2019 | 33 | Notice of Appearance or Withdrawal of Counsel: for attorney Deborah Brooke Wadleigh counsel for Defendants Burns, K. Graves, W. E. Jackson, D. Paz, D. Perez. Adding Deborah B. Wadleigh as counsel of record for L. Burns, K. Graves, W. Jackson, D. Paz, and D. Perez for the reason indicated in the G-123 Notice. Filed by Defendants Deborah B. Wadleigh. (Attorney Deborah Brooke Wadleigh added to party Burns(pty:dft), Attorney Deborah Brooke Wadleigh added to party K. Graves(pty:dft), Attorney Deborah Brooke Wadleigh added to party W. E. Jackson(pty:dft), Attorney Deborah Brooke Wadleigh added to party D. Paz(pty:dft), Attorney Deborah Brooke Wadleigh added to party D. Perez(pty:dft))(Wadleigh, Deborah) (Entered: 01/16/2019) |
| 01/25/2019 | 34 | NOTICE of Interested Parties filed by Defendants Burns(Correctional Counselor Level I, individual), K. Graves(Correctional Lieutenant, individual ), W. E. Jackson(2nd watch escorting Correctional Officer, individual ), D. Paz(Psychologist - CDCR Medical Staff, individual ), D. Perez(Correctional Sergeant, individual ), identifying D. Perez, D. Paz, K. Graves, L. Burns, W. Jackson, The California Department of Corrections and Rehabilitation; and The State of California. (Wadleigh, Deborah) (Entered: 01/25/2019) |
| 01/25/2019 | 35 | EX PARTE APPLICATION for Extension of Time to File a Response to the First Amended Complaint filed by Defendants Burns(Correctional Counselor Level I, individual), K. Graves(Correctional Lieutenant, individual ), W. E. Jackson(2nd watch escorting Correctional Officer, individual ), D. Paz(Psychologist - CDCR Medical Staff, individual ), D. Perez(Correctional Sergeant, individual ). (Attachments: # 1 Proposed Order) (Wadleigh, Deborah) (Entered: 01/25/2019) |
| 01/28/2019 | 36 | ORDER by Magistrate Judge Paul L. Abrams. (NOTE: CHANGES MADE BY THE COURT.) Defendants' request for an enlargement of time is GRANTED IN PART. Defendants shall file their Motion to Dismiss the First Amended Complaint, or otherwise respond to Plaintiff's First Amended Complaint, on or before March 15, 2019. 35 (sbou) (Entered: 01/28/2019) |
| 02/26/2019 | 37 | Notice of Appearance or Withdrawal of Counsel: for attorney Jeremy C Doernberger counsel for Defendants Burns, K. Graves, W. E. Jackson, D. Paz, D. Perez. Adding Jeremy Charles Doernberger as counsel of record for L. Burns, K. Graves, W. Jackson D. Paz and D. Perez for the reason indicated in the G-123 Notice. Filed by Defendants L. Burns, K. Graves, W. Jackson, D. Paz and D. Perez. (Attorney Jeremy C Doernberger added to party Burns(pty:dft), Attorney Jeremy C Doernberger added to party K. Graves(pty:dft), Attorney Jeremy C Doernberger added to party W. E. Jackson(pty:dft), Attorney Jeremy C Doernberger added to party D. Paz(pty:dft), Attorney Jeremy C Doernberger added to party D. Perez(pty:dft))(Doernberger, Jeremy) (Entered: 02/26/2019) |

| 03/01/2019 | 38 | Second EX PARTE APPLICATION for Extension of Time to File a Response to the First Amended Complaint filed by Defendants Burns(Correctional Counselor Level I, individual), K. Graves(Correctional Lieutenant, individual ), W. E. Jackson(2nd watch escorting Correctional Officer, individual ), D. Paz(Psychologist - CDCR Medical Staff, individual ), D. Perez(Correctional Sergeant, individual ). (Attachments: # 1 Proposed Order) (Attorney Jeremy C Doernberger added to party Burns(pty:dft), Attorney Jeremy C Doernberger added to party K. Graves(pty:dft), Attorney Jeremy C Doernberger added to party D. Paz(pty:dft)) (Doernberger, Jeremy) (Entered: 03/01/2019) |
| --- | --- | --- |
| 03/04/2019 | 39 | ORDER by Magistrate Judge Paul L. Abrams. NOTE: CHANGES MADE BY THE COURT Defendants shall file their Motion to Dismiss the First Amended Complaint, or otherwise respond to Plaintiff's First Amended Complaint, on or before April 29, 2019. No further extensions absent a showing of extraordinary good cause. granting 38 . (sbou) (Entered: 03/04/2019) |
| 03/04/2019 | 40 | Notice of Appearance or Withdrawal of Counsel: for attorney Deborah Brooke Wadleigh counsel for Defendants Burns, K. Graves, W. E. Jackson, D. Paz, D. Perez. Deborah B. Wadleigh is no longer counsel of record for the aforementioned party in this case for the reason indicated in the G-123 Notice. Filed by Defendants Deborah B. Wadleigh. (Wadleigh, Deborah) (Entered: 03/04/2019) |
| 03/18/2019 | 41 | MOTION for Extension of Time filed by plaintiff James Anthony Rainone. (ch) (Entered: 03/19/2019) |
| 03/19/2019 | 42 | MINUTES (IN CHAMBERS) by Magistrate Judge Paul L. Abrams. The Court is in receipt of plaintiff's "Motion for Extension of Time," filed on March 18, 2019, which the Court construes as a request for an extension of time to pay the initial partial filing fee. Plaintiff's Request is granted and his $5.00 partial filing fee is now due no later than May 20, 2019. re 41 (sbou) (Entered: 03/19/2019) |
| 04/18/2019 | 43 | REQUEST for Extension of Time filed by plaintiff James Anthony Rainone. (ch) (Entered: 04/22/2019) |
| 04/22/2019 | 44 | MINUTES (IN CHAMBERS) by Magistrate Judge Paul L. Abrams. The Court is in receipt of a letter from plaintiff requesting another extension of time to pay the initial partial filing fee in this matter. Plaintiff's Request is GRANTED and his $5.00 partial filing fee is now due NO LATER THAN JUNE 20, 2019. The clerk's office advises that cash, a government-issued check, or a U.S. postal money order payable to the Clerk, U.S. District Court, are acceptable methods of payment. 43 (ch) (Entered: 04/22/2019) |
| 04/26/2019 | 45 | NOTICE OF MOTION AND MOTION for Partial Summary Judgment as to Plaintiff's Failure to Exhaust Administrative Remedies and Motion to Dismiss Plaintiff's First Amended Complaint; Memorandum of Points and Authorities in Support Thereof filed by Defendants Burns(Correctional Counselor Level I, individual), K. Graves(Correctional Lieutenant, individual ), W. E. Jackson(2nd watch escorting Correctional Officer, individual ), D. Paz(Psychologist - CDCR Medical Staff, individual ), D. Perez(Correctional Sergeant, individual ). Motion set for hearing on 6/12/2019 at 10:00 AM before Magistrate Judge Paul L. Abrams. (Attachments: # 1 Statement of Uncontroverted Facts and Conclusions of Law, # 2 Declaration of M. Fordham, # 3 Declaration of S. Gates, # 4 Declaration of M. Voong, # 5 Defendants' Rand Warning, # 6 Proposed Order) (Doernberger, Jeremy) (Entered: 04/26/2019) |

| 04/29/2019 | 46 | ORDER RE DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT, AND MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT; AND NOTICE TO PLAINTIFF OF THE REQUIREMENTS OF FEDERAL RULE 56 AND LOCAL RULE 56 by Magistrate Judge Paul L. Abrams. Plaintiff is ORDERED to file his opposition to defendants' Motion no later than May 29, 2019. Defendants are ORDERED to serve and file a reply no later than June 19, 2019. The Court will take the Motion under submission without oral argument as of the date defendants' reply is due. The hearing noticed for June 12, 2019, is ORDERED off calendar. (See document for details.) (Attachments: # 1 Attachment 1, # 2 Attachment 2) (sbou) (Entered: 04/29/2019) |
| 05/22/2019 | 47 | OPPOSITION IN THE FORM OF AN AFFIDAVIT TO DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT 45 filed by Plaintiff James Anthony Rainone. (ch) (Entered: 05/23/2019) |
| 06/14/2019 | 48 | REPLY in Support of NOTICE OF MOTION AND MOTION for Partial Summary Judgment as to Plaintiff's Failure to Exhaust Administrative Remedies and Motion to Dismiss Plaintiff's First Amended Complaint; Memorandum of Points and Authorities in Support Thereof 45 filed by Defendants Burns, K. Graves, W. E. Jackson, D. Paz, D. Perez. (Doernberger, Jeremy) (Entered: 06/14/2019) |
| 07/10/2019 | 49 | PLAINTIFF'S REPLY to: NOTICE OF MOTION AND MOTION for Partial Summary Judgment as to Plaintiff's Failure to Exhaust Administrative Remedies and Motion to Dismiss Plaintiff's First Amended Complaint; Memorandum of Points and Authorities in Support Thereof 45 filed by Plaintiff James Anthony Rainone. (sbou) (Entered: 07/11/2019) |
| 07/23/2019 | 50 | OBJECTIONS *and Request to Strike Plaintiff's Reply to Defendants' Motion for Summary Judgment and Defendants' Motion to Dismiss [ECF No. 49]* filed by Defendants Burns, K. Graves, W. E. Jackson, D. Paz, D. Perez. (Attachments: # 1 Proposed Order)(Doernberger, Jeremy) (Entered: 07/23/2019) |
| 08/27/2019 | 51 | NOTICE OF FILING REPORT AND RECOMMENDATION by Magistrate Judge Paul L. Abrams. Objections to R&R due by 9/16/2019 (ch) (Entered: 08/28/2019) |
| 08/27/2019 | 52 | FIRST REPORT AND RECOMMENDATION issued by Magistrate Judge Paul L. Abrams. 45 1 (ch) (Entered: 08/28/2019) |
| 08/28/2019 | 53 | ORDER GRANTING MOTION TO DISMISS and DISMISSING WITH LEAVE TO AMEND by Magistrate Judge Paul L. Abrams. Plaintiff's First Amended Complaint is dismissed with leave to amend. If plaintiff desires to pursue this action, he is ORDERED to file a Second Amended Complaint NO LATER THAN SEPTEMBER 25, 2019. SEE ORDER FOR DETAILS. 45 (Attachments: # 1 blank civil rights complaint form, # 2 blank Notice of Dismissal) (ch) (Entered: 08/28/2019) |
| 09/16/2019 | 54 | REQUEST for Order filed by Plaintiff James Anthony Rainone. (sbou) (Entered: 09/17/2019) |
| 09/18/2019 | 55 | MINUTES (IN CHAMBERS) by Magistrate Judge Paul L. Abrams. Plaintiff's request is granted in part, and his Second Amended Complaint is now due no later than October 31, 2019.(See document for details.) re 54 (sbou) (Additional attachment(s) added on 9/20/2019: # 1 ECF No. 11, # 2 ECF No. 52, # 3 ECF No. 53) (ch). (Entered: 09/19/2019) |

| 09/27/2019 | 56 | MINUTE ORDER IN CHAMBERS by Magistrate Judge Paul L. Abrams. On September 18, 2019, in response to a September 16, 2019, letter from plaintiff indicating that he has been transferred "from prison to prison," and that when he was most recently transferred on July 30, 2019, his property, including his legal documents, were not transferred with him, the Court extended plaintiff's time to file his Second Amended Complaint against defendants Paz and Jackson to no later than October 31, 2019. The Court also directed the court clerk to send plaintiff a copy of Docket Nos. 11, 52, and 53, along with that Order. In light of the circumstances described in plaintiff's September 16, 2019, letter, plaintiff's time to file any Objections to the Court's First Report and Recommendation (ECF No. 52) is also extended to October 31, 2019. 52 , 54 (klg) (Entered: 09/27/2019) |
|---|---|---|
| 11/20/2019 | 57 | MINUTE ORDER IN CHAMBERS by Magistrate Judge Paul L. Abrams. It has come to the Court's attention that plaintiff may have been transferred to another facility. In an abundance of caution, the clerk is directed to send plaintiff copies of the Court's September 18, 2019, and September 27, 2019, Orders (ECF Nos. 55 and 56), along with this Order to both the address listed on the docket as well as plaintiff's new address. The Court extends plaintiff's time to file his Second Amended Complaint against defendants Paz and Jackson to NO LATER THAN DECEMBER 20, 2019. The Court also extends plaintiff's time to file any Objections to the Court's First Report and Recommendation (ECF No. 52) to NO LATER THAN DECEMBER 20, 2019. (Attachments: # 1 ECF No. 55, # 2 ECF No. 56) (ch) Modified on 11/21/2019 (ch). Hard copies mailed to petitioner at Mule Creek State Prison. (Entered: 11/21/2019) |
| 12/31/2019 | 58 | SECOND AMENDED COMPLAINT against Defendants W. E. Jackson(2nd watch escorting Correctional Officer, individual ), D. Paz (Psychologist - CDCR Medical Staff, individual ), filed by Plaintiff James Anthony Rainone(et) Modified on 1/8/2020 (ch). (Entered: 01/02/2020) |
| 12/31/2019 | 59 | DEMAND for Jury Trial filed by Plaintiff James Anthony Rainone.. (et) (Entered: 01/02/2020) |
| 01/14/2020 | 60 | EX PARTE APPLICATION for Extension of Time to File a Response to Plaintiff's Second Amended Complaint [ECF No. 58] filed by Defendants W. E. Jackson(2nd watch escorting Correctional Officer, individual ), D. Paz(Psychologist - CDCR Medical Staff, individual ). (Attachments: # 1 Proposed Order) (Doernberger, Jeremy) (Entered: 01/14/2020) |
| 01/14/2020 | 61 | ORDER by Magistrate Judge Paul L. Abrams: granting 60 EX PARTE APPLICATION for Extension of Time. Defendants shall file their responsive pleading no later than February 15, 2020. (sbou) (Entered: 01/14/2020) |
| 02/14/2020 | 62 | NOTICE OF MOTION AND MOTION to Dismiss Second Amended Complaint [ECF No. 58]; Memorandum of Points and Authorities in Support Thereof filed by Defendants W. E. Jackson(2nd watch escorting Correctional Officer, individual ), D. Paz(Psychologist - CDCR Medical Staff, individual ). Motion set for hearing on 4/15/2020 at 10:00 AM before Magistrate Judge Paul L. Abrams. (Attachments: # 1 Proposed Order) (Doernberger, Jeremy) (Entered: 02/14/2020) |
| 02/14/2020 | 63 | MINUTE ORDER IN CHAMBERS by Magistrate Judge Paul L. Abrams. The Court is in receipt of defendants' "Motion to Dismiss Second Amended Complaint [ECF No. 58]," filed on February 14, 2020. ECF No. 62. Plaintiff's opposition shall be filed NO LATER THAN MARCH 16, 2020. Defendants' reply, if any, is due NO LATER THAN APRIL 6, 2020. The Court will take the matter under submission without oral argument |

| | | |
|---|---|---|
| | | as of the date defendants' reply is due. PLAINTIFF IS ADVISED THAT FAILURE TO OPPOSE A MOTION TO DISMISS MAY BE CONSTRUED AS CONSENT TO THE GRANTING OF THE MOTION, AND MAY RESULT IN DISMISSAL OF THESE DEFENDANTS FROM THE ACTION. Local Rule 7-12. The hearing noticed for April 15, 2020, is ORDERED off calendar. 62 (ch) (Entered: 02/15/2020) |
| 03/09/2020 | 64 | APPLICATION for Extension of Time to File Opposition to Motion to Dismiss filed by petitioner James Anthony Rainone. (ch) (Entered: 03/10/2020) |
| 03/10/2020 | 65 | MINUTES (IN CHAMBERS) by Magistrate Judge Paul L. Abrams. The Court is in receipt of plaintiff's "Application for Extension of Time to File Opposition to Motion to Dismiss," filed on March 9, 2019. ECF No. 64. Plaintiff's request is GRANTED. Plaintiff's opposition shall be filed NO LATER THAN MAY 1, 2020. Defendants' reply, if any, is due NO LATER THAN MAY 22, 2020. The Court will take the matter under submission without oral argument as of the date defendants' reply is due. Plaintiff is again advised that failure to oppose a motion to dismiss may be construed as consent to the granting of the motion, and may result in dismissal of these defendants from the action. Local Rule 7-12. 64 (ch) (Entered: 03/10/2020) |
| 04/24/2020 | 66 | APPLICATION for Extension of Time to File Opposition to Motion to Dismiss filed by plaintiff James Anthony Rainone. (ch) (Entered: 04/29/2020) |
| 04/29/2020 | 67 | MINUTES (IN CHAMBERS) by Magistrate Judge Paul L. Abrams. The Court is in receipt of plaintiff's "Application for Extension of Time to File Opposition to Motion to Dismiss," filed on April 24, 2020. ECF No. 66. Plaintiff's request is GRANTED. Plaintiff's opposition shall be filed NO LATER THAN JUNE 25, 2020. Defendants' reply, if any, is due NO LATER THAN JULY 16, 2020. The Court will take the matter under submission without oral argument as of the date defendants' reply is due. Plaintiff is again advised that failure to oppose a motion to dismiss may be construed as consent to the granting of the motion, and may result in dismissal of these defendants from the action. Local Rule 7-12. 66 (ch) (Entered: 04/29/2020) |
| 06/03/2020 | 68 | OPPOSITION re: NOTICE OF MOTION AND MOTION to Dismiss Second Amended Complaint [ECF No. 58]; Memorandum of Points and Authorities in Support Thereof 62 filed by Plaintiff James Anthony Rainone. (ch) (Entered: 06/12/2020) |
| 07/15/2020 | 69 | REPLY in Support of *Motion to Dismiss Second Amended Complaint [ECF No. 62]* filed by Defendants W. E. Jackson, D. Paz. (Doernberger, Jeremy) (Entered: 07/15/2020) |
| 08/03/2020 | 70 | ORDER ACCEPTING MAGISTRATE JUDGE'S FIRST REPORT AND RECOMMENDATION by Judge George H. Wu: ACCORDINGLY, IT IS ORDERED: 1. The Magistrate Judge's First Report and Recommendation is accepted. 2. Defendants' Motion for Partial Summary Judgment (ECF No. 45) is granted as to all claims against defendants Perez, Graves, and Burns, and for any claims under the First or Fourteenth Amendments against defendants Paz and Jackson, for failure to exhaust administrative remedies. 3. Defendants Perez, Graves, and Burns are dismissed from this action without prejudice. (es) (Entered: 08/03/2020) |
| 08/24/2020 | 71 | ORDER DENYING MOTION TO DISMISS by Magistrate Judge Paul L. Abrams: Defendants' Motion to Dismiss the Second Amended Complaint (ECF No. 62 ) is denied. Defendants are ordered to file an answer to the SAC no later than 30 days from the date of this Second Order. (et) (Entered: 08/24/2020) |

| 09/08/2020 | 72 | OBJECTIONS *to Order Denying Motion to Dismiss [ECF No. 71]* filed by Defendants W. E. Jackson, D. Paz. (Doernberger, Jeremy) (Entered: 09/08/2020) |
| 09/22/2020 | 73 | EX PARTE APPLICATION for Extension of Time to File Answer to Second Amended Complaint [ECF No. 58] filed by Defendants W. E. Jackson(2nd watch escorting Correctional Officer, individual ), D. Paz(Psychologist - CDCR Medical Staff, individual ). (Attachments: # 1 Proposed Order) (Doernberger, Jeremy) (Entered: 09/22/2020) |
| 09/22/2020 | 74 | ORDER by Magistrate Judge Paul L. Abrams. Defendants have filed an ex parte application for an extension of time in which to file their Answer to the Second Amended Complaint. Having considered the application, the Court finds good cause to grant such extension request. Accordingly, IT IS HEREBY ORDERED THAT:1. Defendants' request for an enlargement of time is GRANTED; and 2. Defendants shall file their Answer to the Second Amended Complaint no later than thirty (30) days from the date of the Courts Order regarding Defendants' Objections to Order Denying Motion to Dismiss. (ECF No. 71.) 73 (ch) (Entered: 09/22/2020) |
| 09/22/2020 | 75 | RESPONSE TO OBJECTIONS TO ORDER DENYING MOTION TO DISMISS IN THE FORM OF AFFIDAVIT AND SUBMITTING AFFIDAVIT FROM INMATE N. WOODWARD AS EVIDENCE filed by Plaintiff James Anthony Rainone. 72 (ch) (Entered: 09/23/2020) |
| 01/04/2021 | 76 | MINUTE ORDER IN CHAMBERS - RULING ON RULING ON OBJECTIONS TO ORDER DENYING MOTION TO DISMISS by Judge George H. Wu. Based on the foregoing discussion, the Court OVERRULES defendants' Rule 72 objections to the Magistrate Judge's order denying the motion to dismiss. (SEE DOCUMENT FOR DETAILS) (mrgo) (Entered: 01/04/2021) |
| 02/03/2021 | 77 | ANSWER to Amended Complaint 58 with JURY DEMAND filed by Defendants W. E. Jackson(2nd watch escorting Correctional Officer, individual ), D. Paz(Psychologist - CDCR Medical Staff, individual ).(Doernberger, Jeremy) (Entered: 02/03/2021) |
| 02/04/2021 | 78 | ORDER RE DISCOVERY AND MOTIONS [CIVIL RIGHTS] by Magistrate Judge Paul L. Abrams. (Attachments: # 1 Attach CV-11) (es) (Entered: 02/04/2021) |
| 02/12/2021 | 79 | MOTION for Court Order Mediation - Settlement Conference filed by plaintiff James Anthony Rainone. (ch) (Entered: 02/18/2021) |
| 02/12/2021 | 80 | MOTION for a Discovery Order Under F.R.Civ.P. 26 filed by plaintiff James Anthony Rainone. (ch) (Entered: 02/18/2021) |
| 02/18/2021 | 81 | MINUTES (IN CHAMBERS) Order Re: Motion for Mediation (ECF No. 79), and Motion for Discovery Order (ECF No. 80) by Magistrate Judge Paul L. Abrams. Plaintiff's Mediation Motion (ECF No. 79) is DENIED WITHOUT PREJUDICE to reconsideration later in the proceedings. Plaintiff's Discovery Motion (ECF No. 80) is DENIED AS MOOT. SEE ORDER FOR DETAILS. 79 80 (Attachments: # 1 ECF No. 78) (ch) (Entered: 02/18/2021) |
| 03/18/2021 | 82 | MOTION FOR COURT TO RECRUIT PRO BONO PUBLICO filed by plaintiff James Anthony Rainone. (ch) (Entered: 03/18/2021) |
| 03/18/2021 | 83 | MINUTES (IN CHAMBERS) by Magistrate Judge Paul L. Abrams. Order Re: Plaintiff's Motion for Court to "Recruit Pro Bono Publico" (ECF No. 82). Plaintiff's Motion for appointment of counsel is therefore DENIED WITHOUT PREJUDICE. |

|  |  | Nothing in this Order is intended to preclude plaintiff from retaining counsel on his own behalf. IT IS SO ORDERED. SEE ORDER FOR DETAILS. 82 (ch) (Entered: 03/18/2021) |
| --- | --- | --- |
| 04/15/2021 | 84 | REQUEST for Review by the District Judge of the Magistrate Judge's Order Denying Motion to Recruit Pro Bono Publico. 82 83 filed by plaintiff James Anthony Rainone. (ch) (Entered: 04/28/2021) |
| 04/15/2021 | 85 | REQUEST TO PLACE A LIEN ON ANY JUDGMENT AWARDED IN THIS CASE filed by plaintiff James Anthony Rainone. (ch) (Entered: 04/28/2021) |
| 04/15/2021 | 86 | REQUEST FOR REVIEW BY THE DISTRICT JUDGE OF THE MAGISTRATE JUDGE'S ORDER DENYING COURT ORDER SETTLEMENT CONFERENCE 81 79 filed by plaintiff James Anthony Rainone. (ch) (Entered: 04/28/2021) |
| 04/29/2021 | 87 | MINUTES (IN CHAMBERS) Plaintiff's Request to Place a Lien on Judgment (ECF No. 85) by Magistrate Judge Paul L. Abrams. Plaintiff's Request is denied. SEE ORDER FOR DETAILS 85 (ch) (Entered: 04/29/2021) |
| 05/03/2021 | 88 | MINUTE ORDER (IN CHAMBERS) - ORDER ON PLAINTIFF'S REQUEST FOR DE NOVO REVIEW OF DENIAL OF SETTLEMENT CONFERENCE by Judge George H. Wu re: 86 REQUEST for Review. For the reasons stated above, the Court rejects plaintiff's Nunc Pro Tunc DeNovo Review filing at ECF No. 86. (See document for details) (mrgo) (Entered: 05/03/2021) |
| 05/03/2021 | 89 | MINUTE ORDER (IN CHAMBERS) - RULING ON REQUEST FOR REVIEW OF MAGISTRATE JUDGE'S ORDER DENYING MOTION FOR COURT TO "RECRUIT PRO BONO PUBLICO" by Judge George H. Wu re: 84 REQUEST for Review. For the reasons stated above, the Court denies plaintiff's request to set aside the order denying his request for appointment of counsel. (See document for details) (mrgo) (Entered: 05/04/2021) |
| 05/04/2021 | 90 | STATUS REPORT filed by Defendants W. E. Jackson, D. Paz. (Doernberger, Jeremy) (Entered: 05/04/2021) |
| 05/04/2021 | 91 | MOTION for Extension of Time to File a Status Report filed by plaintiff James Anthony Rainone. (ch) (Entered: 05/05/2021) |
| 05/05/2021 | 92 | MINUTES (IN CHAMBERS) by Magistrate Judge Paul L. Abrams. The Court is in receipt of plaintiff's "Motion for Extension of Time to File a Status Report," filed on May 4, 2021. ECF No. 91. Plaintiff's request is GRANTED. Plaintiff's Status Report is now due no later than June 30, 2021. 91 (ch) (Entered: 05/05/2021) |
| 06/02/2021 | 93 | FINANCIAL ENTRY: Received $5.00 subsequent payment from plaintiff James Anthony Rainone on 06/02/2021, receipt number LA223101, re: Order on Request for Leave to Proceed without Prepayment of Filing Fees (CV60P), 5 . THERE IS NO PDF DOCUMENT ASSOCIATED WITH THIS ENTRY. TEXT ONLY ENTRY. (jo) (Entered: 06/02/2021) |