JS-6

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JAMES ANTHONY RAINONE,**<br><br>Plaintiff,<br><br>**v.**<br><br>**D. PAZ, et al.,**<br><br>Defendants. | Case No. 2:18-cv-05086-GW-PLA<br><br>**ORDER GRANTING CONSENT STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii) AND DISMISSING CASE WITH PREJUDICE** |

The parties have submitted a Consent Stipulation for Voluntary Dismissal with Prejudice Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), filed by Defendant W. Jackson and consented to by Plaintiff James Anthony Rainone, in the above-captioned state prisoner civil rights action.  The stipulation disposes of this

/
/
/
/
/
/
/

1  action in its entirety.  IT IS ORDERED that all claims in this action are DISMISSED

2  WITH PREJUDICE.  Each party shall bear its own litigation costs and attorneys'

3  fees.  IT IS SO ORDERED.

4  IT IS SO RECOMMENDED:

5

6  Dated:  March 9, 2022

7  Honorable Paul L. Abrams
   United States Magistrate Judge

8  IT IS SO ORDERED:

9

10  Dated:  March 10, 2022

11  Honorable George H. Wu
    United States District Judge

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28